IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELBERT THOMAS MARTIN, | | No. CIV S-08-1323-MCE-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| M. ROCHE, et al., | | |
| | Defendants. | |
| _____ / | | |

    To:    The California Department of Corrections and Rehabilitation
               1515 S Street, Sacramento, California 95814:

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's inmate trust account. The agency referenced above is required to send to the Clerk of the Court payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. See 28 U.S.C. § 1915(b)(2).

/ / /

/ / /

1  Good cause appearing therefor, IT IS HEREBY ORDERED that:

2  1.  The director of the agency referenced above, or a designee, shall collect
3  from plaintiff's inmate trust account the filing fee by collecting monthly payments from plaintiff's
4  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income
5  credited to the prisoner's inmate trust account and forwarding payments to the Clerk of the Court
6  each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2),
7  such payments to be clearly identified by the name and number assigned to this action;

8  2.  The Clerk of the Court is directed to serve a copy of this order and a copy
9  of plaintiff's signed in forma pauperis affidavit (Doc. 2) to the address shown above; and

10  3.  The Clerk of the Court is further directed to serve a copy of this order on
11  the Financial Department of the court.

DATED: July 17, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2